ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                      )
                                                 )
Southeast Cherokee Construction, Inc.            )    ASBCA No. 63479
                                                 )
Under Contract No. W912QR-17-C-0029              )

APPEARANCE FOR THE APPELLANT:          Joseph W. Lawrence II, Esq.
                                          Vezina, Lawrence & Piscitelli, P.A.
                                          Fort Lauderdale, FL

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        David C. Brasfield, Jr., Esq.
                                        Randall W. Harvison, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 5, 2023

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63479, Appeal of Southeast Cherokee Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  September 5, 2023

_for Tammye D. Abbott_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2